IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARK A. BARGER and                                                        PLAINTIFFS
MARGIE BARGER

v.                                              CIVIL ACTION NO. 4:22-cv-00090-SA-JMV

STATE FARM FIRE AND CASUALTY COMPANY                               DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 16, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 17th day of June, 2022.

 /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE