**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARK ALAN BARGER, JR.
AND MARGIE BARGER**                                                         **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 4:22-CV-90-DMB-DAS**

**STATE FARM FIRE AND CASUALTY
COMPANY, ET AL**                                                    **DEFENDANTS**

## ORDER GRANTING MOTION TO INTERVENE

Specialized Loan Servicing, LLC ("SLS" has moved to intervene in this action under Federal Rule of Civil Procedure 24(a)(2). Docket 122. The motion explains that SLS is the secured mortgage lienholder of the property at issue in this case and, therefore, has an interest related to the parties' claims herein. *Id*.

The court finds that under Rule 24(a)(2), SLS "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede [SLS's] ability to protect its interest." Additionally, the motion states that the current parties to this action consent to SLS's intervention.

Having reviewed the Docket and considered the motion, the court finds Specialized Loan Servicing, LLC's Motion for Leave to Intervene should be **GRANTED**. Specialized Loan Servicing, LLC must file its Complaint in Intervention in the form attached to the Motion [Docket 122-1] by April 21, 2023.

**SO ORDERED**, this the 17th day of April, 2023.

                                                                          /s/ David A. Sanders
                                                                          UNITED STATES MAGISTRATE JUDGE