IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARK ALAN BARGER, JR.;**                                                 **PLAINTIFFS**
**MARGIE BARGER; and GUARANTY**
**BANK AND TRUST COMPANY**

**V.**                                                       **NO. 4:22-CV-90-DMB-JMV**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                **DEFENDANT**

## JUDGMENT

In accordance with the "Opinion and Order" issued this day, summary judgment is entered in favor of State Farm Fire and Casualty Company.

**SO ORDERED**, this 15th day of March, 2024.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**